1094

[No. 57669-1-I.  Division One.  August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTENEH TESFAYE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06766-3, Brian D. Gain, J., entered January 23, 2006. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Agid and Ellington, JJ.

[No. 57692-5-I.  Division One.  August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN D. CARPENTER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00522-9, John M. Meyer, J., entered January 27, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57809-0-I.  Division One.  August 6, 2007.]

*In the Matter of* BRUCE M. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-05739-1, Tracy G. Waggoner, J. Pro Tem., entered January 31, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57898-7-I.  Division One.  August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LOTU TUIOLEMOTU ET AL., *Defendants*, JUNIOR MEFI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-01588-4, Bruce W. Hilyer, J., entered March 10, 2006. *Affirmed* by unpublished per curiam opinion.